IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Washington, Erica A | Case Number:  08 B 08319 |
| | Judge:  Wedoff, Eugene R |
| Printed: 11/18/08 | Filed:  4/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  November 12, 2008
Confirmed:  June 26, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,566.00 | |
| Secured: | | 915.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,484.21 |
| Trustee Fee: | | 166.79 |
| Other Funds: | | 0.00 |
| Totals: | 2,566.00 | 2,566.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,500.00 | 1,484.21 |
| 2. | Deutsche Bank National Trustee | Secured | 0.00 | 0.00 |
| 3. | Michael Williams | Secured | 0.00 | 0.00 |
| 4. | Michael Williams | Secured | 0.00 | 0.00 |
| 5. | Capital One Auto Finance | Secured | 13,269.33 | 915.00 |
| 6. | Deutsche Bank National Trustee | Secured | 37,549.85 | 0.00 |
| 7. | Nicor Gas | Unsecured | 112.95 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 202.26 | 0.00 |
| 9. | U.S. Department Of Education | Unsecured | 3,951.92 | 0.00 |
| 10. | U.S. Department Of Education | Unsecured | 287.30 | 0.00 |
| 11. | Capital One Auto Finance | Unsecured | 620.62 | 0.00 |
| 12. | Midland Credit Management | Unsecured | | No Claim Filed |
| 13. | America Cleaning & Restoration | Unsecured | | No Claim Filed |
| 14. | Advocate Trinity Hospital | Unsecured | | No Claim Filed |
| 15. | Affirmative Insurance Co | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | Economy Interiors | Unsecured | | No Claim Filed |
| 18. | Global Payments | Unsecured | | No Claim Filed |
| 19. | Freedom Auto Depot | Unsecured | | No Claim Filed |
| 20. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 21. | Homewood Disposal Service, In | Unsecured | | No Claim Filed |
| 22. | First Premier | Unsecured | | No Claim Filed |
| 23. | Homewood Disposal Service, In | Unsecured | | No Claim Filed |
| 24. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 25. | Marsha E Gorens MD | Unsecured | | No Claim Filed |
| 26. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Washington, Erica A | Case Number: 08 B 08319 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 11/18/08 | Filed: 4/7/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | S & P Capital | Unsecured | | No Claim Filed |
| 28. | Sears | Unsecured | | No Claim Filed |
| 29. | Providian | Unsecured | | No Claim Filed |
| 30. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 31. | Sullivan Emergency Assoc | Unsecured | | No Claim Filed |
| 32. | Sullivan Emergency Assoc | Unsecured | | No Claim Filed |
| 33. | Suburban Emergency Physician | Unsecured | | No Claim Filed |
| 34. | Toyota Financial/Lexus Fin Sers | Unsecured | | No Claim Filed |
| 35. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 36. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 37. | University Of Chicago Medical Center | Unsecured | | No Claim Filed |
| 38. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 39. | Windy City Emergency Physicians | Unsecured | | No Claim Filed |
| | | | $ 59,494.23 | $ 2,399.21 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 166.79 |
| | $ 166.79 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

